**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| N.M., A MINOR BY AND THROUGH HER MOTHER AND NEXT FRIEND, NATALIE MELROSE, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-17-1073-BMJ<br>) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | )<br>)<br>)<br>) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered separately this same date, the final decision of Defendant, Acting Commissioner of the Social Security Administration, is REVERSED. Judgment is entered in favor of Plaintiff, and this matter is REMANDED for further administrative proceedings consistent with this Court's opinion.

ENTERED this 24th day of July, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE